# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: Davis Sr, Larry C<br>Davis, Marilyn F<br>Debtors | §<br>§<br>§<br>§ | Case No. 08 B 31037 |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/14/2008.

2) The plan was confirmed on 02/02/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 06/15/2009.

4) The trustee filed action to remedy default by the debtor in performance under the plan on (NA).

5) The case was converted on 01/19/2010.

6) Number of months from filing or conversion to last payment: 13.

7) Number of months case was pending: 16.

8) Total value of assets abandoned by court order: (NA).

9) Total value of assets exempted: $37,080.00.

10) Amount of unsecured claims discharged without full payment: $0.

11) All checks distributed by the trustee relating to this case have cleared the bank.

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $14,863.96 |
| Less amount refunded to debtor | $134.15 |

**NET RECEIPTS:** $14,729.81

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,340.00 |
| Court Costs | $0 |
| Trustee Expenses & Compensation | $992.48 |
| Other | $0 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,332.48

Attorney fees paid and disclosed by debtor    $1,658.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Countrywide Home Loans Inc. | Secured | $126,956.00 | $126,956.02 | $126,956.02 | $0 | $0 |
| Countrywide Home Loans Inc. | Secured | $5,785.00 | $4,259.57 | $4,259.57 | $4,259.57 | $0 |
| FAMSA | Secured | $6,009.00 | $5,794.26 | $5,794.26 | $2,540.30 | $0 |
| First Investors Servicing Corp | Secured | NA | $17,192.00 | $17,192.00 | $4,597.46 | $0 |
| AFNI | Unsecured | $0 | NA | NA | $0 | $0 |
| American Collection Corp | Unsecured | $147.00 | NA | NA | $0 | $0 |
| American General Finance | Unsecured | $0 | NA | NA | $0 | $0 |
| American General Finance | Unsecured | $7,489.00 | $5,979.37 | $5,979.37 | $0 | $0 |
| Asset Acceptance | Unsecured | $315.00 | $315.10 | $315.10 | $0 | $0 |
| Asset Acceptance | Unsecured | $1,338.36 | $1,338.36 | $1,338.36 | $0 | $0 |
| Business & Professional Services | Unsecured | $147.00 | NA | NA | $0 | $0 |
| Cardiology Associates of NW IN | Unsecured | $316.40 | NA | NA | $0 | $0 |
| CitiFinancial | Unsecured | $10,481.00 | $10,481.19 | $10,481.19 | $0 | $0 |
| CitiFinancial | Unsecured | $17,932.00 | $12,372.40 | $12,372.40 | $0 | $0 |
| Collect Systems | Unsecured | $0 | NA | NA | $0 | $0 |
| Consultants In Pathology | Unsecured | $210.00 | NA | NA | $0 | $0 |
| Credit Protection Association | Unsecured | $0 | NA | NA | $0 | $0 |

*(Continued)*

UST Form 101-13-FR-S (09/01/2009)

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| E Partner Net | Unsecured | $0 | NA | NA | $0 | $0 |
| First Investors Servicing Corp | Unsecured | NA | $53.92 | $53.92 | $0 | $0 |
| Ingalls Memorial Hospital | Unsecured | $86.73 | NA | NA | $0 | $0 |
| Integrated Therapy Practice | Unsecured | $376.00 | $299.06 | $299.06 | $0 | $0 |
| Jefferson Capital Systems LLC | Unsecured | NA | $223.62 | $223.62 | $0 | $0 |
| Lake Imaging LLC | Unsecured | $104.00 | $31.20 | $31.20 | $0 | $0 |
| Medical Business Bureau Inc | Unsecured | $210.00 | NA | NA | $0 | $0 |
| Medical Collections | Unsecured | $118.00 | NA | NA | $0 | $0 |
| Metro Family Services | Unsecured | $584.00 | NA | NA | $0 | $0 |
| Midtown Dental Clinic | Unsecured | $494.50 | NA | NA | $0 | $0 |
| Mutual Hospital Services/Alverno | Unsecured | $752.00 | NA | NA | $0 | $0 |
| Mutual Hospital Services/Alverno | Unsecured | $170.00 | NA | NA | $0 | $0 |
| Mutual Hospital Services/Alverno | Unsecured | $21.00 | NA | NA | $0 | $0 |
| Nicor Gas | Unsecured | $100.00 | NA | NA | $0 | $0 |
| Physical Coop COmmunity Med Ctr | Unsecured | $505.00 | NA | NA | $0 | $0 |
| Revenue Cycle Solutions | Unsecured | $289.68 | NA | NA | $0 | $0 |
| RJM Acquisitions LLC | Unsecured | NA | $127.88 | $127.88 | $0 | $0 |
| RoundUp Funding LLC | Unsecured | NA | $1,184.99 | $1,184.99 | $0 | $0 |
| Sallie Mae | Unsecured | $5,553.00 | $5,298.68 | $5,298.68 | $0 | $0 |
| Sprint Nextel | Unsecured | NA | $604.45 | $604.45 | $0 | $0 |
| St Margaret Mercy Hospital | Unsecured | $128.95 | NA | NA | $0 | $0 |

UST Form 101-13-FR-S (09/01/2009)

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $126,956.02 | $0 | $0 |
| Mortgage Arrearage | $4,259.57 | $4,259.57 | $0 |
| Debt Secured by Vehicle | $22,986.26 | $7,137.76 | $0 |
| All Other Secured | $0 | $0 | $0 |
| **TOTAL SECURED:** | $154,201.85 | $11,397.33 | $0 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0 | $0 | $0 |
| Domestic Support Ongoing | $0 | $0 | $0 |
| All Other Priority | $0 | $0 | $0 |
| **TOTAL PRIORITY:** | $0 | $0 | $0 |
| **GENERAL UNSECURED PAYMENTS:** | $38,310.22 | $0 | $0 |

**Disbursements:**

| | |
|---|---:|
| Expenses of Administration | $3,332.48 |
| Disbursements to Creditors | $11,397.33 |
| **TOTAL DISBURSEMENTS:** | $14,729.81 |

UST Form 101-13-FR-S (09/01/2009)

12) The trustee certifies that the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: March 24, 2010     By: /s/ MARILYN O. MARSHALL
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.